IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE BELLO AMIGO,                :
    Petitioner,              :    1:17-cv-1104
                                  :
  v.                              :    Hon. John E. Jones III
                                  :
DENNIS BOWEN, INTERIM            :
WARDEN, YORK COUNTY              :
CORRECTIONAL FACILITY,           :
    Respondent.              :

# ORDER

## July 12, 2017

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with this Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. As of the date of this order, ICE shall treat the petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.13. ICE shall provide Petitioner with a response to his request within thirty days.

3. The Administrative Order (Doc. 3) issued in this matter is VACATED.

4. The Clerk of Court is directed to CLOSE this case.

                                           s/ John E. Jones III
                                           John E. Jones III
                                           United States District Judge